January 11, 2008

Mr. Baxter W. Banowsky
Banowsky & Levine
12001 N. Central Expressway, Suite 790
Dallas, TX 75243
Mr. R. Lynn Fielder
Fisk & Fielder, P.C.
2710 Stemmons Freeway, Suite 400
Dallas, TX 75207

RE: Case Number: 05-0849
 Court of Appeals Number: 05-04-01047-CV
 Trial Court Number: DV 00-09339-K

Style: PAJ, INC. D/B/A PRIME ART & JEWEL
 v.
 THE HANOVER INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jim Hamlin |
| |Ms. Lisa Matz |
| |Ms. Elizabeth |
| |Bloch |
| |Mr. Frederick B. |
| |Wulff |
| |Mr. Douglas |
| |Alexander |